Novian & Novian LLP  (310) 553-1222
Aaron J. Weissman (SBN 097231)
1801 Century Park East Suite 1201
Los Angeles, CA 90067
ATTORNEY FOR (Name):

**UNITED STATES DISTRICT COURT, SOUTHERN DIVISION**
**COUNTY OF LOS ANGELES - CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: Rachel Caldwell, an Individual
DEFENDANT/RESPONDENT: Lularoe, LLC, a California Limited Liability Company

**PROOF OF SERVICE**

| HEARING DATE: | TIME: | DEPT/DIV.: | CASE NUMBER: 5:17-cv-00924-CAS-SP |

1. At the time of service I was 18 years of age and not a party to this action, and I served copies of the (specify document(s)):

2. a. Party Served: Lularoe, a California Limited Liability Company
   b. Person Served: Jairo C.
   c. Address: 1375 Sampson Avenue
      Corona, CA 92879

   PHYSICAL DESCRIPTION:
   Age: 20        Weight: 150       Hair: Brown
   Sex: Male      Height: 5'10"     Eyes: Brown
   Race: Hispanic Marks:

3. I served the party in item 2
   a. By personally delivering the copies.
      (1) on (date): 5/15/2017
      (2) at (time): 2:30 PM

4. Witness fees were not demanded and were not paid.

5. Person Serving (name, address, and telephone No.):

   Alberto Pineda
   Ace Attorney Service, Inc
   3631 10th Street, Suite 214
   Riverside, CA 92501
   (951) 786-9984
   www.acelegal.com

   f. Fee for service: $ .00
   d. Employee or independent contractor of a registered California process server.
   (1) Employee or independent contractor.
   (2) Registration No.: PS-001711
   (3) County: RIVERSIDE

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

   Date: May 18, 2017

   (signature)

AO 440(Rev. 6/12) Summons in a Civil Action (Page 2)                    Order#: 1451793/PO

**PROOF OF SERVICE**